# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAMES ALAN GALLAWAY

CR NO: 1:10-CR-00497 AWI

**FILED DEC 20 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JAMES ALAN GALLAWAY**

Detained at (custodian): **High Desert State Prison, Susanville, California**

Detainee is: a.) ☐ charged in this district by:
   ☒ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With: **18 U.S.C. Section 751(a), Escape from Custody**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Henry Z. Carbajal, III
Printed Name & Phone No: **Henry Z. Carbajal III, (559) 497-4028**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/20/10
Date

/s/ Sheila K. Oberto
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jimmy Gallaway | Male ☒ | Female ☐ |
| Booking or CDC #: | AD8387 | DOB: | 1972 |
| Facility Address: | 475-750 Rice Canyon Road | Race: | White |
| | Susanville, California 96127 | FBI #: | 991495MB0 |
| Facility Phone: | (530) 251-5100 | | |
| Currently Incarcerated For: | California Penal Code § 148.10(a) | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

Form Crim-48           Revised 11/19/97